# Court of Appeals
# of the State of Georgia

ATLANTA,___August 01, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A2024. CHARLES SHARROCK v. CITY OF FORT OGLETHORPE et al.**

Appellant Charles Sharrock filed a petition for writ of certiorari to the superior court after the City of Fort Oglethorpe removed him from office as a city councilman. The superior court affirmed the removal and subsequently denied Sharrock's motion for a new trial. Sharrock filed this direct appeal from that order.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . local administrative agencies . . . by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal. See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Because Sharrock failed to comply with the discretionary appeal procedure, we lack jurisdiction to address this matter. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_08/01/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*